THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cv-00888-BO

| | |
|---|---|
| ALFRED A. McPHERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court hereby awards Plaintiff $5,000.000 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), payable to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716. It there is such a debt, any fee remaining after offset will be made payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED, this 10 day of October, 2017.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE